Exhibit "A"

# MARSHALL COUNTY MISSISSIPPI



# Property Link
## MARSHALL COUNTY, MS

Current Date **3/25/2015**

**Tax Year 2014**
Records Last Updated **3/24/2015**

### PROPERTY DETAIL

| | | |
|---|---|---|
| **OWNER** | HOLMES ROY R | **ACRES :** 2.30 |
| | 260 GETWELL ROAD | **LAND VALUE :** 19550 |
| | | **IMPROVEMENTS :** 17750 |
| | NESBITT MS 38651 | **TOTAL VALUE :** 37300 |
| | | **ASSESSED :** 5596 |
| **PARCEL** | 093A-05-09702 | |
| **ADDRESS** | **NA** | |

### TAX INFORMATION

| YEAR 2014 | TAX DUE | PAID | BALANCE |
|---|---|---|---|
| **COUNTY** | 455.51 | 455.51 | 0.00 |
| **CITY** | 218.36 | 218.36 | 0.00 |
| **SCHOOL** | 400.79 | 400.79 | 0.00 |
| **TOTAL** | 1074.66 | 1074.66 | 0.00 |

**LAST PAYMENT DATE** 1 / 6 / 2015

### MISCELLANEOUS INFORMATION

| | | | |
|---|---|---|---|
| **EXEMPT CODE** | | **LEGAL** | LOT IN SW1/4 NE1/4 |
| **HOMESTEAD CODE** | None | | DEED BK 210 PAGE 178 |
| **TAX DISTRICT** | 5110 | | |
| **PPIN** | 009774 | | |
| **SECTION** | 05 | | |
| **TOWNSHIP** | 04 | | |
| **RANGE** | 02 | | |

| Book | Page |
|---|---|

### TAX PAID HISTORY

| Year | Owner | Total Tax | Paid(Y/N) |
|---|---|---|---|
| 2013 | HOLMES ROY R | 1074.77 | N |
| 2012 | HOLMES ROY R | 956.87 | Y   LAST PAYMENT DATE 12/14/2012 |

[PURCHASE COUNTY TAX SALE FILES](#)

### TAX SALES HISTORY, FOR UNPAID TAXES

| Year | Sold To | Redeemed Date/By |
|---|---|---|
| 2013 | CATO SHIRLEY | 9/ 5/2014  ROY HOLMES |
| 2008 | HILLARY JORDAN LLC | 6/ 4/2010  ROY HOLMES |
| 2007 | EQUITY TRUST COMPANY CUSTODIAN F | 6/ 4/2010  ROY HOLMES |

[View Appraisal Record]

[Back]

HOME  |  LOG IN  |  CIRCUIT RECORDS  |  REAL PROPERTY TAX  |  REAL PROPERTY APPRAISAL  |  TERMS OF USE  |  PRIVACY POLICY



# Property Appraisal Link
## MARSHALL COUNTY, MS

Current Date **3/25/2015**                                    Tax Year **2014**

APPRAISAL INQUIRY

**PARCEL** 093A-05-09702       **ALT PARCEL NUMBER** 093A05 09702
**PPIN** 009774                **SKETCH** 1
**OWNER NAME**                 HOLMES ROY R
                               260 GETWELL ROAD
                               NESBITT MS38651

**PROPERTY ADDRESS**
**PROPERTY IS VACANT (Y/N)** N
**FIELD WORK BY** RJ **DATE:** 2/23/1984
**CLASSED BY**    **DATE:** / /
**REVIEWED BY**   **DATE:** / /
**REALTOR CODE**

### LEGAL DESCRIPTION
1       LOT IN SW1/4 NE1/4
5       DEED BK 210 PAGE 178

**Section** 05 **Township** 04 **Range** 02

### LOT INFORMATION
**LOT CODE** ALL   **LOT SIZE**   **LOT VALUE**

| CODE | FRONT FT | DEPTH | PRICE | DEPTH TABLE | DEPTH % | ADJ. % | DESCRIPTION | ADJ PRICE | APPRAISED | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|

*** NO LOT INFO ***

### ACRE INFORMATION

| ACRES | TYPE | QUAL | CLASS | PRICE CODE | UNCULTIVATED CODE | PRICE | ADJ. % | DESCRIPTION | APPRAISED | MARKET |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.30 | C | 2 | | O | C | 17000.00 | .50 | VACANT | 19550 | 19550 |

**ACREAGE VALUE**                   19550      **OVERALL VALUE**                19550
**LAND USE CODE CLASS 1** 9520  OTHER LAND BEING DEVELOP
**LAND USE CODE CLASS 2** 9520  OTHER LAND BEING DEVELOP

### BUILDING DESCRIPTIONS

| NUMBER | CODE | BUILDING DESCRIPTION | VALUE | ELIGIBLE CLASS 1 |
|---|---|---|---|---|
| 002 | 005 | GARAGE | 17750 | N |

**TOTAL PARCEL VALUE** 37300

[View Tax Record](#)

Back

HOME | LOG IN | CIRCUIT RECORDS | REAL PROPERTY TAX | REAL PROPERTY APPRAISAL | TERMS OF USE | PRIVACY POLICY



# Property Appraisal Link

## MARSHALL COUNTY, MS

Current Date **3/25/2015**

### APPRAISAL INQUIRY

**PARCEL** 093A-05-09702 **ALT PARCEL NUMBER** 093A05 09702
**PPIN** 009774         **SKETCH** 1
**OWNER NAME**          HOLMES ROY R

### APPRAISAL SUMMARY - STRUCTURE CLASS M, B, O & G

**STRUCTURE:** 005 GARAGE
**YEAR BUILT:** 2001
**QUALITY:** A  (L=Low Cost, A=Average, G=Good)
**RATE:** 9.00
**LOCATION INDEX:** 1.340
**SQUARE FOOT COST:** 12.06
**BASE AREA:** 1600
**ADJUSTED AREA:** 1840
**REPLACEMENT COST:** 22190
**CONDITION:** 80
**DEPRECIATED COST:** 17752
**FINAL VALUE:** 17750
**COMMENT:** CNV

View Tax Record

HOME | LOG IN | CIRCUIT RECORDS | REAL PROPERTY TAX | REAL PROPERTY APPRAISAL | TERMS OF USE | PRIVACY POLICY