# Exhibit "B"



**PREPARED BY:**
THE McCASKILL LAW FIRM, P.C.
P. O. BOX 1608
SOUTHAVEN, MS 38671
(662) 996-1112
MS Baar No. 09405

**Instrument 2016000637**
Filed/Recorded 02/22/2016 02:38 P
3 Pages Recorded
Chuck Thomas, Chancery Clerk
Marshall County Mississippi

| ADDRESS OF GRANTOR: | ADDRESS OF GRANTEE: |
|---|---|
| 260 Getwell Raod | 8205 Hwy 5 |
| Nesbit, MS 38651 | Hickory Flat, MS 38633 |
| Home: N/A | Home: 662-252-3690 |
| Work: 901-568-4672 | Work: N/A |

Indexing Instructions: NE 1/4 of Section 5, Township 4 South, Range 2 West, Marshall County.

# WARRANTY DEED

THIS WARRANTY DEED made and entered into this day by and between Roy G. Holmes, Grantor, and Kimberly M. Cook, Grantee,

WITNESSETH:

THAT FOR AND IN CONSIDERATION of the sum of Ten and no/100 Dollars ($10.00), cash in hand paid by the Grantee to the Grantor, and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, Grantor does hereby grant, bargain, sell, convey and warrant, except as hereinafter set forth, unto the Grantee, the following described

property, together with the improvements, hereditaments and appurtenances thereunto belonging, located in the County of MARSHALL, State of Mississippi, and more particularly described as follows, to-wit:

> TRACT N0.1: BEGIN at a point which is 827.5 feet North of the Southwest Corner of the Northeast Quarter of Section 5, Township 4 South, Range 2 West, Marshall County, Mississippi, said point being on the East line of East Boundary Street, Holly Springs, Mississippi; thence run North along said street, 200.0 feet to a point; thence run South 89 degrees 30 minutes East 300.0 feet to a point; thence run South 200.0 feet to a point; thence run North 89 degrees 30 minutes West 300.0 feet to the point of beginning, and containing 1.37 acres, and more fully shown, described and depicted upon that certain plat and boundary survey thereof prepared by Freddie C. Johnson, registered land surveyor, under date of March 5, 1984.
>
> TRACT NO. 2: COMMENCE at a point which is 827.5 feet North of the Southwest Corner of the Northeast Quarter of Section 5, Township 4 South, Range 2 West, Marshall County, Mississippi; said point being on the East line of East Boundary Street, Holly Springs, Mississippi; thence run South 89 degrees 30 minutes East 300.00 feet to a stake, said stake being the point of beginning for herein described parcel of land; thence run North, parallel with said street, 200.00 feet to a stake; thence run South 89 degrees 30 minutes East 126.83 feet to a stake; thence run South 88 degrees 29 minutes East 73.18 feet to a stake; thence run South 198.70 feet to a stake; thence run North 89 degrees 30 minutes West 200.00 feet to the point of beginning, and containing 0.917 acre, all as more fully shown, described and depicted upon that certain plat and boundary survey thereof prepared by Freddie C. Johnson, MLS#1475, under date of October 7, 1985.

Grantor hereby furthers covenants that this property contains no part of his homestead and is owned for investment purposes.

TO HAVE AND TO HOLD unto the Grantee, his/her heirs and assigns, in fee simple forever, and free from all liens and encumbrances except for the following exceptions:

1) Taxes and assessments for the current year and subsequent years, which are not yet due and payable.

2) Zoning and/or other land use regulations promulgated by federal, state or local governments affecting the use or occupancy of the subject property.

3) Any and all matters which would be disclosed by an accurate survey of current date and/or an actual inspection of said property.

IN TESTIMONY WHEREOF, witness the signature of the Grantor on this the 18th day of February, 2016.

_____
Roy G. Holmes

STATE OF MISSISSIPPI
COUNTY OF DESOTO

THIS DAY personally appeared before me, the undersigned authority within and for the State and County aforesaid, Roy G. Holmes, who acknowledged that he/she signed, executed and delivered the above and foregoing Warranty Deed on the day and year therein mentioned.

GIVEN under my hand and official seal on this the 18th day of February, 2016.

_____
NOTARY PUBLIC

(SEAL)

My Commission Expires: 9/24/2017

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID #27420, JEFF SCOTT McCASKILL, Commission Expires Sept. 24, 2017, DESOTO COUNTY]

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA  5. ☐ Conv. Ins. | S016052 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Kimberly M. Cook<br>8205 Hwy 5<br>Hickory Flat, MS 38633 | Roy G. Holmes<br>260 Getwell Raod<br>Nesbit, MS 38651 | FIRST STATE BANK<br>P.O. BOX 580<br>HOLLY SPRINGS, MS 38635 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 2.287 acres, more or less in NE 1/4<br>5-4-2, Marshall County | The McCaskill Law Firm, P.C.<br>5779 Getwell Road, Bld D-2, Southaven, MS 38672 | |
| | Place of Settlement<br>5779 Getwell Road, Bld. D-2<br>Southaven, MS 38672 | I. Settlement Date<br>02/18/16 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 35,000.00 | 401. Contract sales price | 35,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 0.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. HOA Dues                 to | | 408. HOA Dues                 to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 35,000.00 | 420. GROSS AMOUNT DUE TO SELLER | 35,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan | 71,486.00 | 502. Settlement charges to seller (line 1400) | 522.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes    01/01/16 to 02/18/16 | 140.03 | 511. County taxes    01/01/16 to 02/18/16 | 140.03 |
| 212. HOA Dues                 to | | 512. HOA Dues                 to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 71,626.03 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 662.03 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 35,000.00 | 601. Gross amount due to seller (line 420) | 35,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 71,626.03 | 602. Less reduction amount due to seller (line 520) | 662.03 |
| 303. CASH          TO          BORROWER | 36,626.03 | 603. CASH          TO          SELLER | 34,337.97 |

| L. SETTLEMENT CHARGES: | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | | | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ to | | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at Settlement | | | | | |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee | % | | | | |
| 802. Loan Discount | % | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's inspection fee | to | | | | |
| 806. Mtg. ins. application fee | to | | | | |
| 807. Assumption fee | to | | | | |
| 808. | | | | | |
| 809. Underwriting Fee | | | | | |
| 810. Underwriting Fee | | | | | |
| 811. AMORTIZATION SCHEDULE | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest from to @$ /day | | | | | |
| 902. Mortgage Insurance Premium | to | | | | |
| 903. Hazard insurance premium | yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. Homeowner's insurance | mo. @$ | / mo. | | | |
| 1002. Mortgage insurance | mo. @$ | / mo. | | | |
| 1003. City property taxes | mo. @$ | / mo. | | | |
| 1004. County property taxes | 0 mo. @$ | / mo. | | | |
| 1005. Annual Assessments | mo. @$ | / mo. | | | |
| 1006. | mo. @$ | / mo. | | | |
| 1007. | mo. @$ | / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee | to | | | | |
| 1102. Abstract or title search | to Jones & Schneller | | | | 200.00 |
| 1103. Binder Fee | to | | | | |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to The McCaskill Law Firm, P.C. | | | | 300.00 |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | | | | |
| (includes above item No: ) | | | | | |
| 1108. Title insurance | to | | | | |
| (includes above item No: ) | | | | | |
| 1109. Lender's coverage | | | | | |
| 1110. Owner's coverage | | | | | |
| 1111. Wire Fee | Jones & Schneller | | | | 22.00 |
| 1112. | | | | | |
| 1113. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording fees   Deed $ | ; Mortgage $ | ; Releases $ | | | |
| 1202. City/county/stamps   Deed $ | ; Mortgage $ | | | | |
| 1203. State tax/stamps   Deed $ | ; Mortgage $ | | | | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Document Prep. | to | | | | |
| 1302. Pest inspection | to | | | | |
| 1303. | | | | | |
| 1304. | | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES   (enter on lines 103 and 502, Sections J and K) | | | | 0.00 | 522.00 |

# BUYER/SELLER CERTIFICATION

| | |
|---|---|
| DATE: | 02/18/16 |
| FILE #: | S016052 |
| BUYER(S): | Kimberly M. Cook |
| SELLER(S): | Roy G. Holmes |
| LENDER: | FIRST STATE BANK |
| PROPERTY ADDRESS: | 2.287 acres, more or less in NE 1/4 of 5-4-2 |

THE BUYER AND SELLER THIS DATE HAVE CHECKED, REVIEWED AND APPROVED THE FIGURES APPEARING ON THE DISCLOSURE/SETTLEMENT STATEMENT (STATEMENT OF ACTUAL COSTS), CONSISTING OF THREE (3) PAGES. BUYER ACKNOWLEDGES RECEIPT OF THE PAYMENT OF THE LOAN PROCEEDS IN FULL, AND SELLER ACKNOWLEDGES PAYMENT IN FULL OF THE PROCEEDS DUE SELLER FROM THE SETTLEMENT.

THE BUYER AND SELLER UNDERSTAND THAT THE TAX PRORATIONS SHOWN ON THE SETTLEMENT STATEMENT ARE BASED ON THE PRIOR TAX PERIODS RATE(S). THE BUYER AND SELLER AGREE TO ADJUST THE TAX PRORATIONS SHOWN ON THE SETTLEMENT STATEMENT WHEN THE ACTUAL AD VALOREM TAX BILL IS RENDERED. SELLER AGREES TO FORWARD THE NEXT TAX BILL TO BUYER IMMEDIATELY UPON RECEIPT OF THE BILL FROM THE TAX OFFICE. BUYER UNDERSTANDS THAT THE NEXT TAX BILL (EVEN THOUGH IN THE NAME OF THE SELLER) IS THE RESPONSIBILITY OF THE BUYER.

SELLER UNDERSTANDS THAT THE PAYOFF FIGURE(S) SHOWN ON THE FIRST PAGE OF THE SETTLEMENT STATEMENT ARE FIGURES SUPPLIED TO THE SETTLEMENT AGENT BY THE SELLER'S LENDER(S) AND IS/ARE SUBJECT TO CONFIRMATION UPON TENDER OF PAYMENT. IF THE PAYOFF FIGURE(S) ARE INACCURATE, SELLER AGREES TO IMMEDIATELY PAY ANY SHORTAGE(S) THAT MAY EXIST.

AS PART OF THE CONSIDERATION OF THIS SALE, THE CONTRACT BETWEEN THE PARTIES IS BY REFERENCE INCORPORATED HEREIN AND MADE A PART HEREOF; THE TERMS AND CONDITIONS CONTAINED THEREIN SHALL SURVIVE THE CLOSING AND SHALL NOT MERGE UPON THE DELIVERY OF THE WARRANTY DEED.

I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

_____        _____
Kimberly M. Cook, BUYER                Roy G. Holmes, SELLER


_____        _____
, BUYER                                ,SELLER

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

_____
THE McCASKILL LAW FIRM, P.C., CLOSING AGENT

**WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.**